IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-611-D

| | |
|---|---|
| OMONYA I. ONWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WASTE INDUSTRIES, INC., ) | |
| ) | |
| Defendant, ) | |

The court GRANTS defendant's motion to dismiss plaintiff's claim under the North Carolina Retaliatory Employment Discrimination Act ("REDA"), N.C. Gen. Stat. § 95-241(a)(1) because plaintiff failed to comply with the administrative requirements of REDA. See [D.E. 11].

The court GRANTS plaintiff's motion to amend his complaint. See [D.E. 20]. Plaintiff shall file his amended complaint not later than April 20, 2016. Defendant may respond to plaintiff's amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3).

SO ORDERED. This 4 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge